MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD BROOMFIELD,<br><br>Defendant. | CASE NO. 1:24-CR-00049-JLT<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE** |

Pursuant to Local Rule 141(b), and based on the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 1 to Government's Response to Defendant's Motion for Early Termination of Supervised Release pertaining to defendant Howard Broomfield, and the Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *See Press-Enterprise Co. v. Superior Court, 464 U.S. 501, 510 (1985).* The Court finds that, for the reasons stated in the Government's Request, sealing the Governments's Request and Exhibit 1 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing

the Government's Request and Exhibit 1 that would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated:   **January 25, 2025**

_____
UNITED STATES DISTRICT JUDGE